JOAB BRIDGES *et ux.* V. STORY L. SARGENT.
No. 15,672.    (101 Pac. 1133.)

Error from Lyon district court; FREDERICK A. MECKEL, judge.    Opinion filed March 6, 1909.    Affirmed.

*Arthur J. Bolinger,* and *J. S. Ensminger,* for plaintiffs in error.

*Dennis Madden,* and *W. C. Roberts,* for defendant in error.

*Per Curiam:* The abstract in this case shows three final adjudications of the matter in controversy.    In the second the timber right was commuted into a money judgment, which was paid.    If that judgment were not final the fact should have been pleaded.    The judgment of the district court is affirmed.

GRAVES, J., not sitting.

THE UNCLE SAM OIL COMPANY *et al.* V. F. C. OEHLER.
No. 15,847.    (100 Pac. 512.)

Error from Montgomery district court; THOMAS J. FLANNELLY, judge.    Opinion filed March 6, 1909.    Reversed.

*Albert L. Wilson,* and *McAnany & Alden,* for plaintiffs in error.

*L. P. Brooks,* and *J. W. Holdren,* for defendant in error.

*Per Curiam:* This case was submitted with *Oil Co. v. Forrester, ante,* p. 610, and presents the same questions.    For the reasons given in the opinion in that case the judgment is reversed, and the cause remanded for further proceedings.